1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  RANDOLPH J. ST. CLAIR
   Assistant United States Attorney
4  400 South Virginia Street, Suite 900
   Reno, Nevada 89501
5  (775) 784-5438
   Randy.StClair@usdoj.gov
6
   *Representing the United States of America*
7
                   UNITED STATES DISTRICT COURT
8                       DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,           3:25-cr-00017-ART-CSD

10              Plaintiff,              CRIMINAL INDICTMENT

11        v.                            VIOLATIONS:

12 ANTON ANDREYEVICH IAGOUNOV,          18 U.S.C. § 1038(a) – False Information and
                                        Hoax (Counts 1-15)
13
                Defendant.
14

15 THE GRAND JURY CHARGES THAT:

16                          COUNT ONE
                      False Information and Hoax
17                       (18 U.S.C. § 1038(a))

18    On or about January 1, 2022, in the State and Federal District of Nevada,

19                   ANTON ANDREYEVICH IAGOUNOV,

20 defendant herein, did knowingly engage in conduct with the intent to convey false and

21 misleading information, under circumstances where such information may reasonably be

22 believed, and where such information indicated that an activity had taken place that would

23 constitute a violation of Chapter 40 of United States Code. To wit: the defendant

24 knowingly called the Saddleback Memorial Hospital, in Laguna Hills, California, with the

intent to convey false and misleading information, and said there was a bomb at the hospital and the "bomb was real this time;" such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT TWO
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about January 3, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Federal Bureau of Investigation, Resident Agency office, in Lewiston, Idaho, with the intent to convey false and misleading information and said, "You're going to blow up today, there is a bomb under your building," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT THREE
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about January 3, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would

constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called United States Senator Cynthia Lummis's Washington, D.C. office with the intent to convey false and misleading information and said, "Somebody plans on blowing-up your office with an improvised explosives device. They're gonna try to do it this week. Yeah, you better get that investigated," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT FOUR
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 14, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the North Las Vegas Police Department with the intent to convey false and misleading information and said, "There's a bomb at the Luxor that's gonna go off at noon. There's a bomb at the Luxor that's gonna go off at noon," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT FIVE
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 14, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

3

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Temple City Hall, in Temple City, Texas, with the intent to convey false and misleading information and said, "There's a bomb at Temple City Hall. It's gonna go off one hour from now. Very many people are gonna die. And we're gonna take the country back," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT SIX
### False Information and Hoax
### (18 U.S.C. § 1038(a))

On or about April 15, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Albany Fire Department in Albany, New York, with the intent to convey false and misleading information and said there was a thermal device in the Walmart Supercenter at 141 Washington Avenue Extension in Albany and that the device would detonate in one hour and America would pay, such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

/ / /

## COUNT SEVEN
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 15, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Torrance, California Fire Department with the intent to convey false and misleading information and said, "There's a bomb set to go off at the Del Amo Fashion Center precisely one hour from now," and minutes later, called the Torrance, California Police Department, with the intent to convey false and misleading information and said, "There is a bomb at the Del Amo Fashion Center set to go off precisely one hour from now," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT EIGHT
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 15, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Saratoga State Park Police in Saratoga Springs, New York, using the phone

number for the Albany County Sheriff's Office Desk at the Albany International Airport, in Albany, New York, with the intent to convey false and misleading information and said there was a nuclear device that was set to detonate in one hour, such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT NINE
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 15, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Boston Fire Department, with the intent to convey false and misleading information and said, "There's a bomb set to go off at the City Hall precisely one hour from now. You have been warned," and then minutes later called the Boston Fire Department Training Division and said, "we got alarms going off at City Hall. You guy's need to come here," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).,

## COUNT TEN
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 16, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and

misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called Harry Reid International Airport Control Center, Las Vegas, Nevada, with the intent to convey false and misleading information and said, "There's a thermo-nuclear explosives device set to go off at your airport precisely in an hour from now," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

COUNT ELEVEN
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 16, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the California Highway Patrol Cadet Hiring and Recruitment Section, with the intent to convey false and misleading information and said, "Yeah we just got a report of a tactical nuclear device at the Oracle Arena set to go off an hour from now. Yeah you wanna call us back," and minutes later called California Highway Patrol Dispatch, Stockton, California and said, "a bomb was being transported up a California highway to the Oracle Arena in Oakland," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

/ / /

## COUNT TWELVE
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 17, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Port of San Francisco, California, with the intent to convey false and misleading information and said, "There will be a bomb explosion at Port of San Francisco today; you have been warned," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT THIRTEEN
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 17, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the San Francisco International Airport Lost and Found, with the intent to convey false and misleading information and said, "There's a bomb scheduled to detonate in an hour at American Airlines in Terminal #1. You Americans have been notified," such

conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT FOURTEEN
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 18, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Solano County Sheriff's Office, in Vallejo, California, with the intent to convey false and misleading information and said, "Y'all going to be picking up body parts once the bomb I planted at city hall goes off. Just remember, death doesn't discriminate," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

## COUNT FIFTEEN
False Information and Hoax
(18 U.S.C. § 1038(a))

On or about April 19, 2022, in the State and Federal District of Nevada,

ANTON ANDREYEVICH IAGOUNOV,

defendant herein, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 40 of United States Code. To wit: the defendant knowingly called the Sacramento County Sheriff's Office in Sacramento, California, with the intent to

convey false and misleading information and said, "A tactical thermo-nuclear bomb is set to detonate in precisely one hour at the Sacramento International Airport. Very many people are going to die. America, you have been warned," such conduct would constitute a violation of Chapter 40 of Title 18, United States Code, Section 844(e), all in violation of Title 18, United States Code, Section 1038(a).

**DATED:** this __8__ day of May 2025.

**A TRUE BILL:**

/s/
_____
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
United States Attorney

_____
RANDOLPH J. ST. CLAIR
Assistant United States Attorney